PHILIP MEYER COMPANY, Appellant, vs. SHEBOYGAN CHAIR
COMPANY, Respondent.

*March 14 — April 4, 1899.*

*Appeal: Findings of fact.*

Findings of the trial court will not be disturbed on appeal unless
against the clear preponderance of the evidence.

APPEAL from a judgment of the circuit court for Sheboy-
gan county: N. S. GILSON, Circuit Judge. *Affirmed.*

Action to recover for castings alleged to have been made
especially for defendant. The defendant had judgment,
from which the plaintiff appealed.

For the appellant there was a brief by *Benfey & Benfey,*
and oral argument by *Theodore Benfey.*

*Francis Williams,* for the respondent.

DODGE, J. No advantage can be gained from a discussion
in the opinion of the facts in this case. Suffice it to say
that, after a careful examination, we do not find any clear
preponderance of evidence against the finding of the court
that "the plaintiff did not manufacture for the defendant,
in accordance with its order and agreement, the articles
sued for, and did not deliver the same to said defendant in
accordance with any agreement to purchase the same by
said defendant," whether that finding is intended to repudi-
ate the making of an agreement in fact by defendant's fore-
man, or his authority on their behalf. That finding sustains
the judgment.

*By the Court.*— Judgment affirmed.